```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                  SOUTHERN DIVISION
```

DARIUS PETTWAY, SR.,              :

     Petitioner,              :
                             CIVIL ACTION 11-0239-WS-M

v.                               :

                             CRIMINAL ACTION 08—00320-WS-M

UNITED STATES OF AMERICA,        :

     Respondent.              :


## ORDER


    After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

    It is ORDERED that Petitioner's Motion to Vacate (Doc. 44) be DENIED and that this action be DISMISSED.  It is further recommended that, should Petitioner file a certificate of appealability, it be denied as he is not entitled to appeal *in forma pauperis*.

    DONE this 26th day of June, 2013.


                    s/WILLIAM H. STEELE
                    CHIEF UNITED STATES DISTRICT JUDGE