IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

DARIUS PETTWAY, SR.,                :

    Petitioner,              :
                                      CIVIL ACTION 11-0239-WS-M
v.                                  :
                                  CRIMINAL ACTION 08—00320-WS-M
UNITED STATES OF AMERICA,           :

    Respondent.              :

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that JUDGMENT be entered in favor of Respondent, the United States of America, and against Petitioner Darius Pettway, Sr.

DONE this 26th day of June, 2013.

                                            s/WILLIAM H. STEELE
                                            CHIEF UNITED STATES DISTRICT JUDGE